IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 20-cv-82 ) |
| SCANDIA DOWN ONLINE, LLC, | ) Judge Charles P. Kocoras ) Magistrate Judge Maria Valdez |
| Defendant. | ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant SCANDIA DOWN ONLINE, LLC, by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, each party to bear its own costs and attorney's fees except as more fully set forth in their Settlement Agreement and Release.

STIPULATED AND AGREED:

| | |
|---|---|
| s/ *R. Joseph Kramer* | s/ *Guy Cohen* |
| R. Joseph Kramer | Guy Cohen |
| KRAMER INJURY LAW LLC | DAVIS & GILBERT LLP |
| 225 W. Washington Street, Ste. 2200 | 1740 Broadway |
| Chicago, IL 60606 | New York, NY 10019 |
| Phone: (312) 775-1012 | Phone: (212) 468-4853 |
| joe@rjklawyer.com | GCohen@dglaw.com |
| *Attorney for Plaintiff Muhammad* | *Attorney for SCANDIA DOWN ONLINE, LLC* |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on June 2, 2020.

                                               /s/ R. Joseph Kramer
                                               R. Joseph Kramer